IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re: AARON SCOTT RAYNER,           )
                                     )     Case No. 13-
                                     )     Chapter 13
                   Debtor(s).        )

## CHAPTER 13 PLAN

LENTH OF PLAN: 60 months.

PLAN PAYMENTS: Debtor(s) shall pay $600.00 per month for month. The Trustee shall deduct the Trustee's preset percentage fee from each payment.

COMMENCEMENT DATE: Plan payments shall commence on or before 30 days after the Chapter 13 Petition is filed.

___

PRIORITY CLAIMS: (To be paid in full without interest)

| CLAIMANT | DESCRIPTION | AMOUNT | MONTHLY PAYMENTS AND NUMBER OF PAYMENTS |
|---|---|---|---|
| Gooding Law Firm, P.C. | Attorney Fees | $3,000.00 | To be paid maximum allowed under Local Guidelines |

SECURED CLAIMS: (exclusive of home mortgage(s))

| CLAIMANT / COLLATERAL | FILED OR SCHEDULED CLAIM | ALLOWED SECURED CLAIM | INT. RATE | MONTHLY PAYMENTS AND NUMBER OF PAYMENTS |
|---|---|---|---|---|
| Santander<br>2003 Infiniti G35 | $18,668.42 | $18,668.42 | 8.00% | Pro rata |
| SpringLeaf Financial<br>TV | $3,537.55 | $100.00 | 6.00% | Pro-rata |
| Oklahoma DHS | Back Child Support | All amounts claimed | | **Direct Pay/Taken from Debtors Pay Check** |

CLAIMS ENTITLED TO ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 1326(a)(1)(C). The following claimants are provided adequate protection in the form of a lien on each pre-confirmation plan payment to the Chapter 13 Trustee in the payment amount stated below for each claimant. Pre-confirmation adequate protection payments to the following Creditor holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not accrue or be paid until the Creditor files a proof of claim The principal amount of the Creditors claim shall be reduced by the amount of the adequate protection payments remitted.

| CLAIMANT | COLLATERAL | ADEQUATE PROTECTION PAYMENT PER MONTH |
|---|---|---|
| Santander | 2003 Infiniti G35 | $100.00 per month until plan is confirmed |

Note: Secured creditors shall retain their liens to the extent of the value stated above in the Allowed Secured Claim column. The allowed secured claim of each secured creditor shall be the amount of the collateral, as indicated in the Allowed

Secured Claim column, or the amount of the claim, whichever is less, with the balance of the claim as filed being allowed as an unsecured claim, and with the lien of the creditor being avoided on the unsecured portion pursuant to 11 U.S.C. § 506(d).

_____
HOME MORTGAGE (S):  (Debtor's principal residence)

| CLAIMANT / DESCRIPTION | ALLOWED AMOUNT | INT. RATE | MONTHLY PAYMENTS AND NUMBER OF PAYMENTS |
|---|---|---|---|

Payments to the mortgage holder(s) will resume after the term of the plan and is to be paid as an ongoing long-term debt.
_____
LONG TERM DEBTS TO BE PAID OUTSIDE THE PLAN:

| CLAIMANT / DESCRIPTION | CLAIM AMOUNT | MONTHLY PAYMENTS AND NUMBER OF PAYMENTS |
|---|---|---|
| Us Dept Of Education | $34,468.00 | **Direct Pay/$500.00** |

_____

EXECUTORY CONTRACTS TO BE ACCEPTED:

CLAIMANT / DESCRIPTION

_____
PROPERTY TO BE SURRENDERED:    The following property shall be surrendered to the named claimant **in full satisfaction of the Debt, unless otherwise indicated**

| CLAIMANT | COLLATERAL | ALLOWED SECURED CLAIM |
|---|---|---|
| GM Financial | 2008 Dodge Avenger | $0.00 |

**To be paid by third party Co-Debtor outside Plan**
_____
LIEN AVOIDANCE(S): The Debtor(s) shall file a separate Motion or Motions to avoid the liens or security interests of the following claimants pursuant to 11 U.S.C. § 522(f) and the claim(s) of such claimant(s) shall be relegated to and treated as general unsecured claims below:

CLAIMANT
_____
UNSECURED CLAIMS:  All claims not specifically provided for above and those relegated to unsecured status above shall be paid as general unsecured claims, without priority, at 0%.

NOTE:  The approximate payback to unsecured claims may be more or less depending on claims actually filed and allowed above.
_____
OTHER PROVISIONS:
1. All property of the estate under 11 U.S.C. § 1306 shall be and remain property of the estate and all stays shall remain in force and effect until conclusion of the case or other Order of the Court.

2. All claims will be treated as set forth above unless a creditor objects prior to the confirmation hearing AND files a claim within ninety  (90) days after the first date set for the meeting of creditors called pursuant to 11 U.S.C. § 341(a). Governmental units must file claims within 180 days after the order for relief.

3. Unsecured creditors without priority who fail to file a claim within the time stated in paragraph 2 above, may not receive any distribution under this Plan.

4. All secured creditors shall retain their liens until conclusion of the Plan.  Thereafter, all secured creditors shall release all liens (except as to long-term secured debt, if any).

5. The above name Debtor(s) is / are enjoined from incurring any debts without prior approval of the court, except such debts as may be necessary for emergency medical or hospital care.

6. Domestic Support Obligations
(a)  Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.
(b)  The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 USC §§ 101(14A) and 1302(b)(6).
 None.
(c)  Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. 507(a)(1) will be paid in full pursuant to 11 USC. § 1322(aX2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contract
None.
(d)  Pursuant to §507(a)(1)(B) and 1322(a)(4), no claims to third parties exist.

_____

Date: 03/11/2013  

/s/ O. Clifton Gooding
O. Clifton Gooding, OBA #10315
The Gooding Law Firm, P.C.
204 N. Robinson
Suite 650
Oklahoma City, OK  73102
405.948.1978 – Telephone
405.948.0864 – Telecopier
cgooding@goodingfirm.com - Email
Attorney for Debtor

/s/Aaron Scott Rayner
Aaron Scott Rayner

3