IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: Gary D. Nagell,            )
  Monica R. Nagell,        ) CASE NO,:
          ) CHAPTER 13
      CHAPTER 13 PLAN

PLAN PAYMENT: Debtor to pay 60 payments of $992.00 Per month either by ( )
  Payroll deduction or ( X ) direct payment by the debtor(s).
ADMINISTRATIVE: Debtor to pay attorney fee of $ 2981.00 per Local Procedure
  Through the Plan.
HOME MORTGAGES: Regular mortgage payments and arrearage ( if any ) are to be paid as
  Follows:

| LIEN HOLDER | MORTGAGE PAYMENT | TOTAL ARREARS | MONTHLY PAYMENTS ON ARREARS CLAIM |
|---|---|---|---|
| Bank of America | $640.00 | $8317.00 | $139.00 |

Secured claims : Retain lien U.S.C. 1325 ( a ) ( 4 ) ( B ) ( I )

| CREDITOR NAME | COLLATERAL | VALUE | INT. | PLAN PAYMENT |
|---|---|---|---|---|
| Tidewater Motor Credit | 2007 Hyundai Sonata | $4,810.00 | 21% | $100.00 |

PRIORITY
CLAIMS: None

ANY OTHER SPECIAL PLAN PROVISIONS: NONE

UNSECURED CLAIMS: Pay 1% of these claims. Base amount $59,520.00
Plan length estimated to be approximately 60.

Dated: 3-20-13

Chris Mudd OBA# 14008
3904 N. W. 23rd. Street
Oklahoma City, OK. 73107
Attorneys for Debtor(s)
cmudd-assoc@coxinet.net

_____
Debtor

_____
Joint Debtor