In the United States Bankruptcy Court
For the Western District of Oklahoma

In re: Yolanda Alvarado Zarate, )
) Case No. 13-11136
) Chapter 13
Debtor. )
) Judge Niles Jackson

**DEBTOR'S UNSWORN DECLARATION UNDER PENALTY OF PERJURY REGARDING NON-FILING OF OKLAHOMA STATE INCOME TAX RETURNS**

I, Yolanda Alvarado Zarate, am the above named debtor. I have not filed Oklahoma state tax returns for the years 2008, 2009, and 2010. The reason I have not filed any such returns is I did not receive any income during those years, and therefore I was not required to file returns for those years.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on __6-12-__, 2013.

_Yolanda Alvarado Zarate_
Yolanda Alvarado Zarate